# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

**FILED**
June 12, 2006
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

UNITED STATES OF AMERICA
V.

ROGELIO GUERRA VASQUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06-MJ-76

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 12, 1997, in Jefferson County, in the Eastern District of Texas ROGELIO GUERRA VASQUEZ, defendant did, knowingly and intentionally move and travel in interstate commerce, namely from Texas, to avoid prosecution by the State of Texas for the crime of murder in violation of Title 18 United States Code, Section 1073. I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_____
Complainant

Sworn to before me, and subscribed in my presence

June 12, 2006                                at        Beaumont, Texas
_____                        _____
Date                                                   City and State

KEITH F. GIBLIN,
U.S. Magistrate Judge                                  _____
Name and Title of Judicial Officer                     Signature of Judicial Officer