EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

AFFIDAVIT

I, Stephen M. Hanley, being duly sworn, do hereby depose and state:

I am a Special Agent of the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such. I have been a Special Agent with the FBI for approximately four years and am currently assigned to the Houston Division, Beaumont Resident Agency. I have approximately eight years experience in the conduct of federal criminal investigations. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge.

On May 18, 1997, Roberto Vasquez told members of the Orange Police Department that he believed his brother, Rogelio Guerra Vasquez, had murdered Sugie Lane Vasquez, Rogelio's wife, based on admissions that Rogelio had made to Roberto. Rogelio had admitted to Roberto that he had killed Sugie by stabbing her twice and that he had placed her body in a pond in Newton County, Texas.

Based on the information provided by Roberto Vasquez, Orange County police officials located the deceased body of Sugie Lane Vasquez, which had been weighted down below the water, in a shallow pond in Newton County, Texas as described by Roberto Vasquez.

A criminal complaint, number 15,564, was filed on May 18, 1997 in Orange County, Texas by the District Attorney, charging Rogelio Guerra Vasquez with the crime of murder. On that same date, an arrest warrant was signed and issued by an Orange County Magistrate for the arrest of Rogelio Guerra Vasquez for the charge of murder.

Rogelio Guerra Vasquez is described as a Hispanic male, born October 27, 1957, social security number 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, 5'11" tall.

I am aware that previous efforts to locate and apprehend Rogelio Guerra Vasquez within the State of Texas have been unsuccessful.

On May 29, 1997 Roberto Vasquez informed the FBI and Orange Police Department that Rogelio Guerra Vasquez had returned to his native country of Mexico and was probably living with relatives at Minas De Barroteran, in the State of Coahila. On October 1, 1997, information was obtained from a confidential source that Rogelio had been recently observed in or around Monterrey, Mexico.

Based on the above information, I believe there is probable cause to believe that on or about May 12, 1997, Rogelio Guerra Vasquez did knowingly and intentionally move and travel in interstate commerce, namely from Texas, to avoid prosecution by the State of Texas for the crime of murder in violation of Title 18, United States Code, Section 1073.

_Stephen M. Hanley_
Stephen M. Hanley
Special Agent
Federal Bureau of Investigation